ACCEPTED
09-17-00154-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 6:36 AM
CAROL ANNE HARLEY
CLERK

Cause No# **09-17-00158-CR**

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 6:36:09 AM
CAROL ANNE HARLEY
Clerk

IN THE COURT OF APPEALS
FOR THE NINTH DISTRICT OF TEXAS
AT BEAUMONT, TEXAS

RONALD EVAN COOPER,

Appellant

Vs.

THE STATE OF TEXAS

Appellee

On appeal from the 359th Judicial District Court Of Montgomery County Texas
Trial Court Cause Number **15-09-09857-CR (Count 5)**

**APPELLANT'S THIRD (3RD) MOTION FOR EXTENTION
OF TIME TO FILE THE APPELLANTS BRIEF**

COMES NOW RONALD EVAN COOPER, the Appellant herein, by and through his Appellate Lawyer WILLIS EVERETT SMITH, ESQ. of Porter, Texas and files this his Third Motion For Extension Of Time To File his Appellate brief which is due on December 13th, 2017. Appellant's Attorney needs additional time to complete the final research on this case which involves the deaths of four (4) people and the assault of two. Appellant's Attorney has been involved in a number of contested trials that have caused a delay in his researching these issues effectively. The continued amount of hearings and trials have now sub-sides so counsel will have more time to devote to the research and drafting of this appeal.

1

WHEREFORE, PREMSED CONSIDERED, the appellant RONALD EVAN COOPER PRAYS that this honorable court will allow this appeal to move forward in the interest of justice and equity. Moreover, the Appellant asks that this Court GRANT him an extension in which to file the brief.

Respectfully Submitted,

*/S/ Willis Everett Smith, Esq.*
WILLIS EVERETT SMITH, ESQ.
ATTORNEY FOR APPELLANT
MR. RONALD EVAN COOPER
25408 US. HWY 59 SOUTH, SUITE#104
PORTER, TEXAS 77365
TELE# (281) 359-6052
FAXC#(281) 360-6009
STATE BAR NO#18710500

## CERTIFICATE OF CONFERENCE

On December 12th, 2017 Mr. Smith, on behalf of the Appellant attempted to discuss this Motion with the Attorney for State Of Texas, County of Montgomery regards the merits of this Appeal Telephonically. A message was left and a copy of this motion was faxed to their office on this same day.

*/S/ Willis Everett Smith, Esq.*
WILLIS EVERETT SMITH, ESQ.

## CERTIFICATE OF SERVICE

This is to state that a true and correct copy of the foregoing Motion For Extension Of Time To File the Appellant' s brief was sent via fax delivery to the Assistant district Attorney of Montgomery County Texas on the 12th, day of December 2017 via fax delivery at their fax number # (936)760-6940

*/S/ Willis Everett Smith, Esq.*
WILLIS EVERETT SMITH, ESQ.